

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00131-CR

DENNIS RAY FREEMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 42132-B

Per Curiam

# O R D E R

Dennis Ray Freeman appeals from his convictions for attempted sexual assault of a child and indecency with a child. Freeman filed a pretrial motion seeking to suppress oral statements that he made to police before, during, or after his arrest and a second pretrial motion seeking to suppress evidence seized in connection with his detention and arrest. The motions were ultimately denied, with oral findings made on the record by the trial court. No written findings of fact or conclusions of law were entered by the trial court. *See* TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6 (West Supp. 2013).

Freeman and the State have jointly asked that written findings be made and filed in the record of this case and have represented that the trial court is willing to do so. Based on their joint request, we abate this appeal and remand it to the trial court. *See* TEX. R. APP. P. 44.4.

The trial court is instructed to enter its findings of facts and conclusions of law related to Freeman's pretrial motions to suppress, which shall be filed with this Court in the form of a supplemental clerk's record within twenty-one days of the date of this order.

The abatement will terminate and this Court's jurisdiction will resume on the filing of the supplemental clerk's record.

Counsel has also asked for an opportunity to file additional briefing based on the written findings. That request is granted. Any supplemental briefing shall be filed by the parties within ten days of the date on which the supplemental clerk's record is filed with this Court.

2

All appellate timetables are hereby stayed and will resume on our receipt of the supplemental clerk's record.

IT IS SO ORDERED.

BY THE COURT

Date:   April 10, 2014